# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ELISE S. SKARE,

    Plaintiff,

v.                                                  Case No. 6:17-cv-1840-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Judgment in this case was previously entered in favor of Plaintiff. (Doc. 21.) Plaintiff's counsel then filed an unopposed motion for authorization to collect certain additional attorneys' fees from Plaintiff following an award of fees previously granted under the Equal Access to Justice Act. (Doc. 28 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation ("R&R") recommending that the Motion be granted. (Doc. 29.)

The parties did not object to the R&R and the deadline has passed. So the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 29) is **ADOPTED**, **CONFIRMED**, and made a part of

      this Order.

2.     The Motion (Doc. 28) is **GRANTED**.

3.     Plaintiff's counsel is **AUTHORIZED** to charge and collect from Plaintiff $1,728.25 in attorneys' fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 4, 2021.

*[Signature]*

ROY B. DALTON JR.
United States District Judge